

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| RICARDO CESAR LUNA and RMS MACHINE SHOP, LLC, | § | No. 08-23-00107-CV |
| | § | |
| Appellants, | § | Appeal from the |
| | § | County Court at Law No. 10 |
| v. | § | |
| | § | of Bexar County, Texas |
| MICHAEL ROBINSON, | § | |
| | § | (TC#2022CV05457) |
| Appellee. | § | |

## J U D G M E N T

The Court has considered this cause on Appellee's motion to dismiss the appeal and concludes the motion should be granted and the appeal should be dismissed for want of jurisdiction. We therefore dismiss the appeal for want of jurisdiction. We further order Appellants pay all costs of this appeal, and this decision be certified below for observance.

IT IS SO ORDERED THIS 28TH DAY OF DECEMBER 2023.

JEFF ALLEY, Chief Justice

Before Alley, C.J., Palafox, and Soto, JJ.